1  KAMER ZUCKER ABBOTT
   Scott M. Abbott          #4500
2  Bryan J. Cohen           #8033
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel:   (702) 259-8640
4  Fax:   (702) 259-8646
   Email: sabbott@kzalaw.com
5  Email: bcohen@kzalaw.com

6  Attorneys for Defendant
   Wynn Las Vegas, LLC
7

8                       UNITED STATES DISTRICT COURT

9                            DISTRICT OF NEVADA

10 DEGAREGE ABATE, an individual,       )   Case No. 2:14-cv-00198-GMN-VCF
                                        )
11                 Plaintiff,           )
   vs.                                  )
12                                      )
   WYNN LAS VEGAS, LLC, a Nevada        )   **STIPULATION FOR DISMISSAL**
13 Corporation d/b/a WYNN LAS VEGAS &   )   **WITH PREJUDICE**
   WYNN LAS VEGAS RESORT & CASINO;      )
14 DOES 1 through 25, inclusive, and ROE )
   CORPORATIONS 1 through 25, inclusive, )
15                                      )
                   Defendants.          )
16 _____ )

17

18         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and

19 through their respective counsel of record, hereby stipulate and request that the above-captioned

20 case be dismissed in its entirety *with prejudice*.  Each party is to bear their own attorneys' fees

21 and costs.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees.

DATED this 8th day of May, 2015.

| KANG & ASSOCIATES, PLLC. | KAMER ZUCKER ABBOTT |
|---|---|
| By:  /s/  Erica D. Loyd<br>Patrick W. Kang          #10831<br>Erica D. Loyd              #10922<br>6480 West Spring Mountain Road, Suite 1<br>Las Vegas, Nevada 89146<br>Tel:   (702) 333-4223<br>Fax:   (702) 507-1468<br><br>Attorneys for Plaintiff<br>Degarege Abate | By:  /s/  Bryan J. Cohen<br>Scott M. Abbott            #4500<br>Bryan J. Cohen            #8033<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102<br>Tel:   (702) 259-8640<br>Fax:   (702) 259-8646<br><br>Attorneys for Defendant<br>Wynn Las Vegas, LLC |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  05/13/2015**